AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

United States of America
v.
Zachariah Boulton
DOB: XXXXXX

_____

*Defendant(s)*

)
)
)
)
)
)
)

Case: 1:23-mj-00128
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/13/2023
Description: Complaint W/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted  Building or Grounds, |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

David King, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____06/13/2023____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*