UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ZACHARIAH BOULTON,**<br><br>Defendant. | Case No. 23-cr-284 (JDB) |

### GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. The following video evidence has been made available to the Court electronically:

| Sentencing Exhibit Number | File Name | Description |
|---|---|---|
| 1 | Exh. 1 Bangumi French News Media | 02:33 minute video from an open-source French news media recording. Boulton is seen in the middle of a mob that is pushing against a police line at 00:38 and 01:13. |
| 2 | Exh. 2 TikTok 1 | 55 second TikTok recording made by Boulton after January 6. |
| 3 | Exh. 3 TikTok 2 | 44 second TikTok recording made by Boulton after January 6. |

1

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY


By:    */s/ Melanie Krebs-Pilotti*
        MELANIE KREBS-PILOTTI
        Trial Attorney -ATR
        601 D Street NW
        Washington, D.C. 20530
        CA Bar No. 241484
        (202) 870-7457
        melanie.krebs-pilotti2@usdoj.gov