# EXHIBIT B

January 23,2024

 Subject: Court Reference for Zachariah Boulton

Your Honor ,

 I am writing to provide a reference for Zachariah Boulton, who is currently facing legal proceedings for his participation in the events of January 6, 2021 in Washington DC.

 I have had the opportunity to closely observe Zachariah's character and behavior, and I wish to share my relationship with him.

 I am a 71 year old retired pharmacist living alone. Zachariah has helped me with caring for my home and has helped me by keeping in touch with me by texting when he is out of town. This is very important to me as I don't have any children of my own.

He is very responsible in his job as a truck driver and is always on time with his long distance deliveries.

 I have been most pleased with the fact that he doesn't use drugs or abuse alcohol unlike many others I know in his age group. He is 38 years old.

 Recently I have also partnered with him to start an affordable housing rental business. He is very knowledgeable in this area and I am certain he will do well.

 He is very sorry that he was caught up in the events of January 6th. He has shared with me that he went to take pictures of the event.

 I have found him to be very honest, respectful and responsible. I have witnessed Zachariah's strong work ethic and a willingness to take responsibility for his actions. He has served in the army and has taken college courses in science and engineering. I see he has a bright future ahead.

 Zachariah has a supportive network of family and friends who love and believe in him and are certain he has learned from this unfortunate experience.

 I am available to provide any additional information or clarification that may be required. Thank you for your attention to this case.

 Theresa Yasi Daly