# EXHIBIT C

# CHARACTER REFERENCE LETTER

To Whom This May Concern,

I, Kevin Boulton, write this letter of reference about my son Zachariah Boulton with whom I had the pleasure to be the father of for 38+ years, in order to clarify and defend his honor, integrity and character.

Zachariah Boulton was born on Homestead Air Force base and was my first-born son while I was in service to my country on my first tour of duty on the 4th of July. This was always a special day for our family for many reasons.  He was always raised under the patriotic banner of our country by sharing his day of birth with that of our country.

From his high school years on, my wife and I chose to home school Zachariah and his younger siblings. Zachariah was educated using Saxton and Robinson curriculums mixed with the documents our founding fathers used to write the Constitution of our country with. i.e. Law of Nations by Emer de Vattle to  "The Law" by Fredric Bastiat to the Principles of Government by Locke, Federalist, and anti-Federalist papers etc..  It was no surprise to us when he chose to join the military and serve our country.

Zachariah was raised with a very strong work ethic and from a young age would work at my side till the job was done.  At times well past his bedtime.  He has always taken challenges head on with a very tenacious attitude. He has become the kind of man that if you need a real man in the trenches with you, he is the man you call.

If there is any doubt that Zachariah Boulton loves his country and would be willing to go above and beyond to preserve our rights to pursue Life , Liberty and Happiness for each and every one of us…. Let me set your doubts aside.

I would ask that you consider that my son is a good man that has served his country and his community.  A hard-working member of society and that he did not damage or even touch any item on January 6th.

Under this pretext, I strongly recommend Zachariah Boulton as a more than suitable person. I think this is a solid testimony of who he is and his mental and moral qualities, and I hope you consider this reference letter when determining the outcome of this case.

In case you need any further information, please, do not hesitate to contact me.

Best regards,

Signature _____ Date: _12/28/2_

Print Name _ Kevin Boulton_

Address:  1109 S. Park st. Carrollton, Ga 30179