UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZACHARIAH BOULTON,<br><br>Defendant. | Criminal Action No. 23-284 (JDB) |

### ORDER

Upon consideration of defendant Zachariah Boulton's request for a judgment modification based on his employment as a long-haul trucker, the government's lack of opposition thereto, the Court's consultation with the responsible probation officer, and the entire record herein, it is hereby **ORDERED** that the judgment imposed on February 6, 2024 is amended to add the following special condition of supervision (and to amend Standard Condition of Supervision #3 to the extent it is inconsistent with this special condition):

> The defendant need not obtain Probation's permission for travel outside his district of residence in relation to his work as a truck driver. However, the defendant shall notify Probation in advance of such travel (with the understanding that this may be short notice for same-day trucking jobs, etc.). The defendant must still obtain permission from Probation or the Court for any non-work-related travel outside his district of residence.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: February 22, 2024